**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Affirmative Insurance Holdings, Inc., *et al.* | : | Case No. 15-12136 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

　　　　Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.　　**Alesco Preferred Funding X, Ltd.**, c/o ATP Management LLC, Attn: Morgan McClure, 3290 Northside Pkwy., Ste. 350, Atlanta, GA 30327, Phone: 404-264-4780, Fax: 404-264-4770

2.　　**Alesco Preferred Funding VI, Ltd.**, c/o Mead Park Advisors LLC, Attn: Tim Rittenhouse, 70 E. 55th St., 21st Floor, New York, NY 10022, Phone: 212-328-7920, Fax: 212-328-7870

3.　　**Trapeza CDO IX, Ltd.**, Attn: Carolyn R. Thagard, 441 Vine St., Ste. 1300, Cincinnati, OH 45202, Phone: 205-877-9765

4.　　**Trapeza Edge CDO, Ltd.,** Attn: Joseph Katelman, c/o Principal Global Investors, LLC, 711 High St., Des Moines, IA 50392, Phone: 515-247-0760, Fax: 866-850-4024

5.　　**The Bank of New York Mellon Trust Co., N.A**., as Indenture Trustee for junior subordinated debt securities due March 15, 2035, Attn: David M. Kerr, 101 Barclay St., New York, NY 10286, Phone: 212-815-5650, Fax: 724-540-6402

　　　　　　　　　　　　　　　　　　ANDREW R. VARA
　　　　　　　　　　　　　　　　　　Acting United States Trustee, Region 3


　　　　　　　　　　　　　　　　　　 /s/ Mark S. Kenney for
　　　　　　　　　　　　　　　　　　T. PATRICK TINKER
　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES TRUSTEE

DATED: October 30, 2015

Attorney assigned to this Case: Mark S. Kenney Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Shanti M. Katona, Esquire, Phone: (302) 252-0924, Fax: (302) 252-0921