IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AFFIRMATIVE INSURANCE | ) Case No. 15-12136 (CSS) |
| HOLDINGS, INC., *et al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors ("Committee"), in the cases of the above-captioned debtors and debtors in possession, hereby appears by its co-counsel, Kilpatrick Townsend & Stockton LLP ("Kilpatrick") and Potter Anderson & Corroon LLP ("Potter"). Kilpatrick and Potter hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in the above-captioned cases. Kilpatrick and Potter request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Affirmative Insurance Holdings, Inc. (0432); Affirmative Management Services, Inc. (7252); Affirmative Services, Inc. (7255); Affirmative Underwriting Services, Inc. (7250); Affirmative Insurance Services, Inc. (8823); Affirmative General Agency, Inc. (2345); Affirmative Insurance Group, Inc. (7246); and Affirmative, L.L.C. (2347). The location of the Debtors' corporate headquarters and the service address for all Debtors is 150 Harvester Drive, Suite 250, Burr Ridge, Illinois 60527

PAC 1208731v.1

related adversary proceeding, be given and served upon the Committee through service upon Kilpatrick and Potter, at the address, telephone, and facsimile numbers set forth below:

| **KILPATRICK TOWNSEND & STOCKTON LLP** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| Todd C. Meyers, Esq. | Jeremy W. Ryan (DE Bar No. 4057) |
| Colin M. Bernardino, Esq. | Etta R. Mayers (DE Bar No. 4164) |
| 1100 Peachtree Street NE, Suite 2800 | 1313 N. Market Street, Sixth Floor |
| Atlanta, GA 30309-4528 | P.O. Box 951 |
| Telephone: (404) 815-6482 | Wilmington, DE 19801 |
| Facsimile: (404) 541-3307 | Telephone: (302) 984-6000 |
| Email: tmeyers@kilpatricktownsend.com | Facsimile: (302) 658-1192 |
| cbernardino@kilpatricktownsend.com | Email: jryan@potteranderson.com |
| | emayers@potteranderson.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Committee including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 9, 2015
      Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

_/s/ Jeremy W. Ryan_
Jeremy W. Ryan (DE Bar No. 4057)
Etta R. Mayers (DE Bar No. 4164)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
Todd Meyers, Esq.
Colin M. Bernardino, Esq.
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Proposed Counsel to The Official Committee of Unsecured Creditors*