# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AFFIRMATIVE INSURANCE ) | Case No. 15-12136 (CSS) |
| HOLDINGS, INC., *et al.*,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

## DECLARATION OF TODD C. MEYERS IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AFFIRMATIVE INSURANCE HOLDINGS, INC., *ET AL.* FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF KILPATRICK TOWNSEND & STOCKTON LLP AS ITS ATTORNEYS, *NUNC PRO TUNC* TO NOVEMBER 2, 2015

I, TODD C. MEYERS, do state and declare as follows:

1. I am over the age of 21, of sound mind, and am competent to testify to all the matters set forth below. I submit this declaration in support of the Application of the Official Committee of Unsecured Creditors of Affirmative Insurance Holdings, Inc., *et al.* for Entry of an Order Authorizing the Employment and Retention of Kilpatrick Townsend & Stockton LLP as its Attorneys, *Nunc Pro Tunc* to November 2, 2015, filed contemporaneously herewith in these cases. The matters stated in this declaration are within my personal knowledge. If I were called as a witness, I could and would testify competently to the factual statements set forth herein.

2. I am a partner in the law firm of Kilpatrick Townsend & Stockton LLP (the "Firm"), which, *inter alia*, has offices at 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309, and 607 14th St. NW, Suite 900, Washington, DC 20005. The Firm employs more than

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Affirmative Insurance Holdings, Inc. (0432); Affirmative Management Services, Inc. (7252); Affirmative Services, Inc. (7255); Affirmative Underwriting Services, Inc. (7250); Affirmative Insurance Services, Inc. (8823); Affirmative General Agency, Inc. (2345); Affirmative Insurance Group, Inc. (7246); and Affirmative, L.L.C. (2347). The location of the Debtors' corporate headquarters and the service address for all Debtors is 150 Harvester Drive, Suite 250, Burr Ridge, Illinois 60527

600 attorneys located in offices in Atlanta, Augusta, Charlotte, Dallas, Denver, New York, Raleigh, San Diego, San Francisco, Seattle, Shanghai, Silicon Valley, Stockholm, Tokyo, Walnut Creek, Washington, D.C., and Winston-Salem. I am admitted to practice and a member in good standing of the Bar of the State of Georgia, and am admitted to practice before, among other courts, the United States District Court for the Northern District of Georgia.

3.    The Firm has agreed to be retained and employed to provide legal services and assistance to the Official Committee of Unsecured Creditors of Affirmative Insurance Holdings, Inc., *et al.* (the "Committee"), and I provide this declaration pursuant to sections 328 and 1103(b) of Title 11, United States Code (the "Bankruptcy Code"), section 1746 of title 28, United States Code, and Rules 2014(a) and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

4.    In preparing this Declaration, an attorney working under my supervision caused the implementation of certain procedures developed by Kilpatrick Townsend to ensure full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and the guidelines established by the United States Trustee regarding retention of professionals under the Bankruptcy Code (collectively, the "Statutory Authority"). Pursuant to the Statutory Authority, to identify the parties relevant to this Declaration and to ascertain Kilpatrick Townsend's connections to certain parties, an attorney working under my supervision caused to be performed an examination and comparison of the names included in the following categories of entities who may be parties in interest (collectively, the "Potential Parties In Interest") in these chapter 11 cases,[2] including, but not limited to:

---

[2] Pursuant to Rule 2014(a) of the Bankruptcy Rules, any known connection with the United States Trustee or any person employed in the office of the United States Trustee must be stated in this Declaration. With respect to

(a) the Debtors and the Debtors' affiliates and subsidiaries;

(b) the Debtors' significant equity holders

(c) the Debtors' professionals in the chapter 11 cases;

(d) the Debtors' largest unsecured creditors;[3]

(e) the members of the Committee;

(f) the Debtors' current and former directors and officers;

(g) the Debtors' alleged secured creditors;

(h) the Debtors' alleged former first lien secured creditor;

(i) the Debtors' insurance providers;

(j) the Debtors' contract and lease counterparties;

(k) parties to litigation with the Debtors;

(l) employees of the Wilmington, Delaware office of the United States Trustee for Region 3; and

(m) certain other creditors and interested parties.

5. A copy of the list of the parties searched by Kilpatrick Townsend is attached hereto as Schedule 1.

6. An attorney working under my supervision then caused a comparison of each of the Potential Parties In Interest to the names that Kilpatrick Townsend has compiled into a computerized master client database, comprised of the names of current or former clients (the

---

the United States Trustee, the parties included in the Potential Parties in Interest were limited to employees in the office for the District of Delaware. To the best of my knowledge, neither I nor any partner or associate of Kilpatrick Townsend represents professionally or is associated with the United States Trustee or any person employed in the Wilmington, Delaware office of the United States Trustee for Region 3.

[3] The Debtors have not yet filed their Statements of Financial Affairs or Schedules. The Firm anticipates that it may search additional parties once the information contained in the Statements of Financial Affairs or Schedules becomes available.

"Clients"), and the names of the parties who were related to or adverse to the Clients (the "Client Database").

7. A list of the Clients that are Potential Parties In Interest (the "Client Data List") is annexed as Schedule 2. An inquiry was made, where appropriate, of the respective Kilpatrick Townsend personnel to verify that Kilpatrick Townsend does not represent or hold an interest adverse to the interests of the estates with respect to any entity on the Client Data List in connection with the Debtors or these cases. In addition, a determination was made as to whether any of the entities on the Client Data List were former, rather than current, Clients.

8. I have reviewed the Client Data List, and have ascertained, to the best of my knowledge, that neither I nor any partner, counsel, or associate of Kilpatrick Townsend represents professionally or is associated with the Debtors, its creditors or any other of the Potential Parties In Interest, except to the extent set forth below and on Schedule 2. Kilpatrick Townsend has not represented and will not represent any of the creditors or parties listed on Schedule 2 in connection with these cases.

9. In addition, although Kilpatrick Townsend may have worked with professionals (e.g., as co-counsel or adversaries) in other cases, which professionals represent Potential Parties In Interest in these cases (including professionals retained by members of the Committee), and although Kilpatrick Townsend represents from time to time and has represented and may in the future represent: (i) entities and/or representatives of those entities that are secured creditors, unsecured creditors, in any capacity including corporate clients, individual clients, and in other capacities; (ii) various creditors' committees in other chapter 11 cases where overlapping membership exists or may exist with members of the Committee; (iii) entities that serve on official or informal committees in other cases in which Kilpatrick Townsend is involved, which

PAC 1210077v.1

are or may be members of the Committee; (iv) entities that are affiliated with entities that otherwise had or have an interest in these proceedings; or (v) entities that otherwise had or have an interest in these proceedings in matters unrelated to these proceedings, Kilpatrick Townsend has not and will not represent those creditors or parties in connection with these cases. In addition, it is possible that certain of the partners, counsel, and associates of Kilpatrick Townsend and such persons' relatives may have familial or personal relationships, as well as business, contractual, or economic relationships, with officers, directors, and/or shareholders or creditors of the Debtors, competitors of the Debtors, other professionals engaged in these cases and/or other parties in interest in these cases. I have not been made aware of any material relationships with any such individual or entity.

10. As noted above, Schedule 2 contains a list of certain Potential Parties In Interest and Clients whom Kilpatrick Townsend currently and/or in the past has represented in connection with matters wholly unrelated to the Debtors. Kilpatrick Townsend did not, does not and will not represent those Clients in connection with any matters relating to the Debtors or these chapter 11 cases.

11. Based upon the conflicts searches performed to date by the Firm's conflicts' department and described herein, to the best of my knowledge, neither I nor any partner of the Firm holds or represents any interest adverse to the estates of the Debtors within the meaning of section 1103(b) of the Bankruptcy Code.

12. I am, and each partner of the Firm is, a "disinterested person" as that term in defined in 11 U.S.C. § 101(14).

13. The information listed in this declaration may change during the pendency of these cases. I or another attorney of the Firm will update this declaration, as necessary, should I

PAC 1210077v.1

or the Firm become aware that: (a) any of the representations made herein are incorrect; or (b) there is any change of circumstances relating thereto.

14. The anticipated duties and responsibilities of the Firm in these chapter 11 cases include, but are not limited to, the following:

   a. rendering legal advice regarding the Committee's organization, duties and powers in these cases;

   b. assisting the Committee in its investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors and in the investigation of the extent, priority, and validity of liens and participating in and reviewing any proposed asset sales or dispositions, and any other matters relevant to these cases;

   c. attending meetings of the Committee and meetings with the Debtors and secured creditors, and their attorneys and other professionals, and participating in negotiations with these parties, as requested by the Committee;

   d. taking all necessary action to protect and preserve the interests of the Committee, including possible prosecution of actions on its behalf and investigations concerning all litigation in which the Debtors are involved;

   e. assisting the Committee in the review, formulation, analysis, and negotiation of any plan(s) of reorganization and accompanying disclosure statement(s) that may be filed;

   f. assisting the Committee in the review, analysis, and negotiation of any financing or funding agreements;

   g. assisting the Committee with respect to communications with the general unsecured creditor body about significant matters in these cases;

   h. reviewing and analyzing claims filed against the Debtors' estates;

   i. representing the Committee in hearings before the Court, appellate courts and other courts in which matters may be heard, and representing the interests of the Committee before those courts and the United States Trustee;

   j. assisting the Committee in preparing all necessary motions, applications, responses, reports and other pleadings in connection with the administration of these cases; and

   k. providing such other legal assistance as the Committee may deem necessary and appropriate.

15. Kilpatrick Townsend intends to work closely with the representatives of the Debtors and the other professionals retained by the Committee to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

16. The Firm has extensive experience and knowledge with regard to debtors' and creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code. The partners of the Firm's Bankruptcy and Financial Restructuring Group have extensive experience and expertise in all aspects of chapter 11 cases, having represented debtors, secured creditors, unsecured creditors, creditors' committees, chapter 11 trustees, examiners, plan liquidating trustees, examiners, and various other constituencies, including representations of creditors' committees as is the situation here. Accordingly, the Firm has the necessary background and experience to deal effectively with the potential legal issues and problems that may arise in the context of these chapter 11 cases.

17. Additionally, I am, and the other members of the Firm's Bankruptcy and Financial Restructuring Group listed herein and expected to work on these cases (with the exception of Lindsey D. Simon) are, members in good standing of the State Bar of Georgia. Lindsey D. Simon is a member in good standing of the State Bar of Illinois.

18. It is the intention of the Firm to seek compensation for its services to the Committee in accordance with the normal hourly rates that it charges to its other clients. At the current time, the Firm's standard hourly billing rates for those professionals most likely to be involved in these cases are as follows:

| | |
|---|---|
| Partners | $615-870 |
| Associates | $345-$445 |
| Paralegals | $265 |

My current hourly billing rate is $870. The current hourly billing rates for Colin M. Bernardino, Matthew R. Hindman and Lindsey D. Simon, attorneys in our Bankruptcy and Financial Restructuring Group who are anticipated to be the primary attorneys assisting me in the representation of the Committee, are, respectively, $615, $445 and $345. These rates are

adjusted by the Firm from time to time. The hourly rates set forth above are the Firm's standard hourly rates for work of this nature. These rates are set at a level designed to compensate the Firm fairly for the work of its attorneys, paralegals, and certain other professionals, and to cover fixed and routine overhead expenses.

19. It is the Firm's policy to charge its clients in all areas of practice for additional expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, computerized research, transcription costs, as well as non-ordinary overhead expenses. The Firm will charge the estates for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients and pursuant to the Bankruptcy Code, Rules 2014 and 2016 of the Bankruptcy Rules, applicable U.S. Trustee guidelines, and future orders of the Court.

20. Except for the continuing representation of the Committee, neither I nor the Firm has represented or will represent any other entity in connection with these cases and neither I nor the Firm will accept any fee from any other party or parties in these cases, except fees paid by the Debtors' estates for services rendered by the Firm on behalf of the Committee. No agreement exists between the Firm and anyone else regarding the sharing of payments to be received by the Firm in connection with the representation of the Committee in the Debtors' chapter 11 cases.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of November, 2015.

/s/ Todd C. Meyers
Todd C. Meyers

PAC 1210077v.1

# SCHEDULE 1 TO MEYERS DECLARATION:
# POTENTIAL PARTIES IN INTEREST SEARCHED

## Debtors

Affirmative Insurance Holdings, Inc.
Affirmative General Agency, Inc.
Affirmative Insurance Group, Inc.
Affirmative Insurance Services, Inc.
Affirmative, L.L.C.
Affirmative Management Services, Inc.
Affirmative Services, Inc.
Affirmative Underwriting Services, Inc.

## Significant Equity Holders

Affirmative Insurance Holdings, Inc.
Affirmative Management Services, Inc.
Affirmative Underwriting Services, Inc.
Jonathan W. Old, III
Long Meadow Holdings, L.P.
Long Meadow Investors, LLC
Michael J. Moss
New Affirmative, LLC
Red Mountain Capital Partners LLC

## Non-debtor Affiliates

Affirmative Insurance Company
Affirmative Casualty Insurance Company
Affirmative Real Estate Investment, LLC
1500 Main, LLC
Affirmative Direct Insurance Company
Affirmative Insurance Company of Michigan
Affirmative Insurance Holdings Statutory Trust I
Affirmative Insurance Holdings Statutory Trust II

## Current and Former Directors and Officers

Michael J. McClure
John P. Killacky
Thomas C. Davis
Nimrod T. Frazer
Mory Katz
Robert T. Williams
David I. Schamis
Eric C. Rahe
Earl R. Fonville
Paul J. Zucconi
Gary Y. Kusumi

## Lenders

Confie Seguros Holding II Co.
JCF AFFM Debt Holdings L.P.
The Bank of New York Mellon Trust Company, N.A.
Credit Suisse Securities (USA) LLC
Dell Financial Services L.L.C.
Cisco Systems Capital Corporation
James Christopher Flowers
Credit Suisse AG, Cayman Islands Branch

**Insurance Providers**

Atlantic Specialty Insurance Company
Axis Insurance Company
Lincoln National Life Insurance Company
RSUI
XL Specialty Insurance Company

**Health Care and Employee Benefits Providers**

Blue Cross & Blue Shield
Script Care, Ltd.
Conexis
ExponentHR
Metropolitan Life Insurance Company
Standard Insurance Company
The IHC Group
The Plexus Groupe
UnitedHealthcare Vision
WageWorks, Inc.

**Contract and Lease Counterparties**

227 Monroe Street, Inc.
Accenture LLP
Affirmative Property Holdings, Inc.
ARI Forum, LLC

AvidXchange, Inc.
Beaux Box Commercial Real Estate
BJF Estancia I, LLC
Blue Cross and Blue Shield of Texas
Bon Carre Business Center II, LLC
C.I.A. Limited Liability Company
Champion Energy Services, LLC
City of Baton Rouge/Parish of East Baton Rouge
Clarity USA Inc.
Codilis & Associates, P.C.
Computershare Trust Company, N.A.
Computershare, Inc.
Concur Technologies, Inc.
Confie Administrative Services, Inc.
Confie Insurance Group Holdings, Inc.
Confie Seguros Holding, II Co.
Corporation Service Company
CSU Industries
Dell Marketing L.P.
Dixon Hughes Goodman LLP
Earl R. Fonville
EVP Advisors, Inc.
Exponent Technologies, Inc.
Glencoe Capital LLC
KR Callahan & Company, LLC
Legacy Group Consulting, LLC
Lexis Nexis Risk Solutions, Inc.
Louisiana Department of Economic Development
Mass Mutual Life Insurance Company
Mergers & Acquisition Services, Inc.
Metropolitan Life Insurance Company
Michael J. McClure
Microsoft Licensing, GP
NAVEX Global, Inc.
Neville Document Solutions, LLC
Parkview Properties, LLC
Pitney Bowes Software, Inc.
Plexus Groupe, LLC
Propel Advisory Group, Inc.
Protiviti, Inc.
R.R. Donnelly
Rainier Asset Management Company, LLC
Randolph Acquisition LLC
Sage Software, Inc.
Salesforce.com, Inc.
TALX Corporation
Teladoc, Inc.
The Standard Insurance Company
Thomson Reuters
UBS Financial Services, Inc.
United Healthcare Services, Inc.
Venyu Solutions, Inc.

HRSmart, Inc.
John P. Killacky

Wayne Cooley & Associates
Wipro d/b/a Infocrossing, Inc.

## Top 30 Creditors

American Express
BDO
Blue Cross Blue Shield
Carfax
Computershare Shareholder Services
Confie Seguros Holding II Co.
Diversified Data & Communications
EVP Advisors
Faegre Baker Daniels
Florida Department of Revenue
Glencoe Capital, LLC

Illinois State Treasurer
Indiana Department of Revenue
Internal Revenue Services

JCF AFFM Debt Holdings L.P.
Louisiana Department of Revenue
Louisiana Economic Development
McGlinchey Stafford PLLC
MetLife
Missouri Department of Revenue
Pedersen & Houpt
RR Donnelley
State of Delaware
Texas Comptroller Office
The Bank of New York Mellon Trust Company, N.A.
Thomson Reuters
TransUnion Corp
Wayne Cooley & Associates

## Parties to Litigation

Gozdecki, Del Giudice, Americus, Farkus & Brocato LLP
Federal Insurance Office
Illinois Department of Insurance
James R. Morgan
Joseph G. Fisher
Louisiana Department of Insurance
Pearlie Robinson
Rick Giudice
James P. Hallberg

J. and P. Holdings, Inc.
New York State Insurance Department
United Security Life and Health Insurance Company
6640 LLC
Patrick M. Hincks as Trustee of the James P. Hallberg 1994 Gift Trust U/A/D 12/1/94
Patrick M. Hincks as Trustee of the Patricia L. Hallberg 1994 Gift Trust U/A/D 12/1/94
Patrick M. Hincks

## Professionals

McDermott Will & Emery LLP
Polsinelli PC
Faegre Baker Daniels

Omni Management Group, LLC
BDO Consulting

## United States Trustee and Court Personnel (and Key Staff Members)

| | |
|---|---|
| Judge Kevin Gross | Jeffrey Heck |
| Judge Kevin J. Carey | Mark Kenney |
| Judge Brendan L. Shannon | Jane Leamy |
| Judge Christopher S. Sontchi | Hannah M. McCollum |
| Judge Mary F. Walrath | Tony Murray |
| Judge Laurie Selber Silverstein | James R. O'Malley |
| T. Patrick Tinker | Michael Panacio |
| Lauren Attix | Tiiara Patton |
| David Buchbinder | Juliet Sarkessian |
| Linda Casey | Richard Schepacarter |
| Natalie Cox | Edith A. Serrano |
| Shakima L. Dortch | Karen Starr |
| Timothy J. Fox, Jr. | Ramona Vinson |
| Diane Giordano | Michael West |
| Christine Green | Dion Wynn |
| Benjamin Hackman | |

**Taxing Authorities**

| | |
|---|---|
| Alabama Department of Revenue | Illinois Department of Revenue |
| Delaware Secretary of State, Division of Corporations | Indiana Department of Revenue |
| | Louisiana Department of Revenue |
| Department of Treasury, Internal Revenue Service | Missouri Department of Revenue |
| | Texas Comptroller Of Public Accounts |
| Florida Department of Revenue | |

**Utilities**

Baton Rouge Water Company
Commonwealth Edison Company
Entergy Corporation

**Members of the Committee**

Alesco Preferred Funding X, Ltd.
Alesco Preferred Funding VI, Ltd.
Trapeza CDO IX, Ltd.
Trapeza Edge CDO, Ltd.
The Bank of New York Mellon Trust Co., N.A, as Indenture Trustee.

## SCHEDULE 2 TO MEYERS DECLARATION: CLIENT DATA LIST

| Current Client(s)[1] | Potential Party or Parties in Interest |
|---|---|

---

[1] Certain of the current and former clients listed on this schedule are not identical in name to the corresponding Potential Party in Interest. In order to ensure the broadest disclosure possible under the

| | |
|---|---|
| Cisco Systems, Inc. | Cisco Systems Capital Corporation |
| CIA Capital Advisors | C.I.A. Limited Liability Company |
| Sage Software, Inc.; Sage Group PLC; Sage Software N. America | Sage Software, Inc. |
| American Express | American Express |
| Blue Cross & Blue Shield Of North Carolina; Blue Cross/Blue Shield Association; Wellmark, Inc. D/b/a Blue Cross/Blue Shield Iowa | Blue Cross Blue Shield |
| McDermott Will & Emery Rechtsanwälte Steuerberater LLP | McDermott Will & Emery LLP |
| Credit Suisse Asset Management Immobilien Kapitalanlagegesellschaft mbH | Credit Suisse AG, Cayman Islands Branch and Credit Suisse Securities (USA) LLC |

| Former Client(s) | Potential Party or Parties in Interest |
|---|---|
| Michael McClure | Michael J. McClure |
| Bank of New York, Mellon Bank and numerous related entities | The Bank of New York Mellon Trust Company, N.A. |
| Cisco Systems Capital Corporation; Cisco Systems, Inc. | Cisco Systems Capital Corporation |
| X.L. Insurance Company, Ltd. | XL Specialty Insurance Company |
| Metropolitan Life Insurance Company/MetLife | Metropolitan Life Insurance Company/Metlife |
| Standard Life Insurance Company | Standard Insurance Company |
| Accenture | Accenture LLP |
| Corporation Service Company | Corporation Service Company |
| Pitney Bowes Credit Corporation; Pitney Bowes Limited | Pitney Bowes Software, Inc. |
| Salesforce.com, Inc. | Salesforce.com, Inc. |
| UBS Financial Services, Inc. | UBS Financial Services, Inc. |
| United Healthcare Corporation; United Healthcare of North Carolina | United Healthcare Services, Inc. |
| American Express | American Express |
| McDermott Will & Emery | McDermott Will & Emery LLP |
| Entergy Enterprises, Inc. | Entergy Corporation |
| Anthem Blue Cross and Blue Shield and numerous other Blue Cross Blue Shield entities | Blue Cross Blue Shield |
| Dell Inc. | Dell Marketing LP; Dell Financial Services L.L.C. |

circumstances, Kilpatrick Townsend has included both direct entity "hits" and "hits" for entities that are or may be related to the relevant Potential Party in Interest.

| | |
|---|---|
| WageWorks, Inc. | WageWorks, Inc. |
| BDO Accounting Limited; BDO Seidman | BDO; BDO Consulting |
| Trans Union Corporation | TransUnion Corp |
| Credit Suisse, Credit Suisse First Boston, Credit Suisse/First Boston, Credit Suisse First Boston Mortgage Capital LLC, and Credit Suisse Trust Ltd./Neptune Ltd. | Credit Suisse AG, Cayman Islands Branch and Credit Suisse Securities (USA) LLC |