IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| AFFIRMATIVE INSURANCE HOLDINGS, INC., *et al.*,[1] | ) Case No. 15-12136 (CSS) ) Jointly Administered |
| Debtors. | ) Re: Docket No. 123 |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF KILPATRICK TOWNSEND & STOCKTON LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AFFIRMATIVE INSURANCE HOLDINGS, INC., ET AL., *NUNC PRO TUNC* TO NOVEMBER 2, 2015**

This matter is before the Court upon the Application of the Official Committee of Unsecured Creditors of Affirmative Insurance Holdings, Inc., *et al.* for Entry of an Order Authorizing the Employment and Retention of Kilpatrick Townsend & Stockton LLP as Its Attorneys, *Nunc Pro Tunc* to November 2, 2015 (the "Application"), filed by the Official Committee of Unsecured Creditors (the "Committee") on November 23, 2015, pursuant to sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In the Application, the Committee seeks authority to retain and employ Kilpatrick Townsend & Stockton LLP ("Kilpatrick Townsend") as its attorneys, effective as of November 2, 2015. Upon the representations that, while employed by the Committee, Kilpatrick Townsend does not represent any other entity having an adverse interest in connection with these chapter 11 cases in accordance with section 1103(b) of the Bankruptcy Code, and that Kilpatrick Townsend has

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Affirmative Insurance Holdings, Inc. (0432); Affirmative Management Services, Inc. (7252); Affirmative Services, Inc. (7255); Affirmative Underwriting Services, Inc. (7250); Affirmative Insurance Services, Inc. (8823); Affirmative General Agency, Inc. (2345); Affirmative Insurance Group, Inc. (7246); and Affirmative, L.L.C. (2347). The location of the Debtors' corporate headquarters and the service address for all Debtors is 150 Harvester Drive, Suite 250, Burr Ridge, Illinois 60527

PAC 1210077v.1

disclosed any connections with parties set forth in Rule 2014 of the Bankruptcy Rules; and it appearing that the relief requested in the Application is in the best interests of the Committee and the Debtors' estates, and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and having reviewed the Application and the accompanying Declaration of Todd C. Meyers in Support of Application of the Official Committee of Unsecured Creditors of Affirmative Insurance Holdings, Inc., *et al.* for Entry of An Order Authorizing the Employment and Retention of Kilpatrick Townsend & Stockton LLP As Its Attorneys, *Nunc Pro Tunc* to November 2, 2015, the Court finds and determines that Kilpatrick Townsend does not represent any other entity having an adverse interest in connection with these chapter 11 cases in accordance with section 1103(b) of the Bankruptcy Code. Due and proper notice of the Application having been provided, and it appearing that no other or further notice is necessary or required, and the Court having reviewed the Application and having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein, and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. Pursuant to sections 328 and 1103(a) of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules, the Committee is authorized to employ and retain Kilpatrick Townsend as its lead counsel in these chapter 11 cases, with such employment being effective November 2, 2015.

    i.    representing the Committee in hearings before the Court, appellate courts and other courts in which matters may be heard, and representing the interests of the Committee before those courts and the United States Trustee;

    j.    assisting the Committee in preparing all necessary motions, applications, responses, reports and other pleadings in connection with the administration of these cases; and

    k.    providing such other legal assistance as the Committee may deem necessary and appropriate.

4.    Kilpatrick Townsend shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any other applicable procedures and orders of this Court.

5.    Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by such notice.

6.    This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _12/10/15_

                                                  Christopher S. Sontchi
                                                United States Bankruptcy Judge

PAC 1210077v.1