# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AFFIRMATIVE INSURANCE HOLDINGS, INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 15-12136 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 12, 2019 at 10:00 a.m. (ET)**<br>**Obj. Deadline: July 11, 2019 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF DON A. BESKRONE, CHAPTER 7 TRUSTEE, FOR AN ORDER (I) ESTABLISHING THE DEADLINE TO FILE REQUESTS FOR PAYMENT OF CERTAIN ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. § 503(b), (II) APPROVING FORM AND MANNER OF NOTICE THEREOF AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on June 20, 2019, Don A. Beskrone, Chapter 7 trustee (the, "Trustee"), by and through his undersigned counsel, filed the *Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order (I) Establishing the Deadline to File Requests for Payment of Certain Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b), (II) Approving Form and Manner of Notice Thereof and (III) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on or before **July 11, 2019 at 4:00 p.m. (ET).** Only properly and timely filed responses will be considered.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled **August 12, 2019 at 10:00 a.m. (ET)** before The Honorable Christopher S. Sontchi, Chief Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Affirmative Insurance Holdings, Inc. (0432); Affirmative Management Services, Inc. (7252); Affirmative Services, Inc. (7255); Affirmative Underwriting Services, Inc. (7250); Affirmative Insurance Services, Inc. (8823); Affirmative General Agency, Inc. (2345); Affirmative Insurance Group, Inc. (7246); and Affirmative, L.L.C. (2347).

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 20, 2019

**ASHBY & GEDDES, P.A.**

/s/ David F. Cook
Ricardo Palacio (DE No. 3765)
David F. Cook (DE No. 6352)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
rpalacio@ashbygeddes.com
dcook@ashbygeddes.com

*Counsel for Don A. Beskrone, Chapter 7 Trustee*