## **CERTIFICATE OF SERVICE**

I, David F. Cook, hereby certify that on June 20, 2019, I caused one copy of the foregoing document to be served upon the parties on the attached service list via Electronic Mail, unless otherwise indicated.

*/s/ David F. Cook*
David F. Cook (DE #6352)

{01460862;v1 }

| | |
|---|---|
| Alston & Bird LLP<br>Attn: John W. Weiss<br>90 Park Avenue<br>New York, NY 10016 | Alston & Bird LLP<br>Attn: Jonathan T. Edwards<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 |
| Thomas M. Horan<br>Shaw Fishman Glantz & Towbin LLC<br>300 Delaware Avenue, Suite 1370<br>Wilmington, DE 19801 | John Guzzardo<br>Horwood Marcus & Berk Chartered<br>500 West Madison, Suite 3700<br>Chicago, IL 60661 |
| Emmet, Marvin, & Martin<br>Attn: Thomas Pitta & Edward Zujkowski<br>120 Broadway, 32nd Floor<br>New York, NY 10271 | Dentons US LLP<br>Attn: Robert Millner & Geoffrey Miller<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606 |
| Illinois Department of Insurance<br>Attn: Jennifer Hammer<br>320 W Washington<br>Springfield, IL 62767 | Florida Dept. of Financial Services<br>Attn: Jesse A. Haskins<br>200 East Gaines Street<br>Tallahassee, FL 32399-4247 |
| JCF AFFM Debt Holdings L.P.<br>c/o J.C. Flowers & Co., LLC<br>Attn: Sally Rocker<br>767 Fifth Avenue, 23rd Floor<br>New York, NY 10153 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207 | Kilpatrick Townsend & Stockton LLP<br>Attn: Todd Meyers & Colin Bernardino<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309-4528 |
| MCDERMOTT WILL & EMERY LLP<br>Attn: Darren Azman<br>340 Madison Avenue<br>New York, NY 10173-1922 | Louisiana Department of Insurance<br>Attn: Jim Donelon, Commissioner<br>P.O. Box 94214<br>Baton Rouge, LA 70804 |

| | |
|---|---|
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Attention: Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | MI Dept. of Insurance & Financial Srvcs<br>Attn: Patrick M. McPharlin<br>530 W. Allegan Street, 7th Floor<br>Lansing, MI 48933 |
| Office of the Special Deputy Receiver<br>Attn: Kevin Baldwin, General Counsel<br>222 Merchandise Mart Plaza, Suite 960<br>Chicago, IL 60654 | NYS Dept. of Financial Services<br>Office of General Counsel<br>One State Street<br>New York, NY 10004-1511 |
| Polsinelli<br>Attn: Shanti M. Katona<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 | Office of The United States Trustee<br>Attn: Jaclyn Weissgerber<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801-3519 |
| Quarles & Brady LLP<br>Attn: Faye Feinstein & Christopher Combest<br>300 N. LaSalle Street, Suite 4000<br>Chicago, IL 60654 | Potter Anderson & Corroon LLP<br>Attn: Jeremy Ryan<br>1313 N. Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE 19801 |
| Securities & Exchange Commission<br>New York Regional Office<br>Attn: Andrew Calamari, Reg. Director<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022 | Richards, Layton & Finger, P.A.<br>Attn: Paul Heath & Zachary Shapiro<br>One Rodney Square<br>920North King Street<br>Wilmington, DE 19801 |
| Spencer Fane LLP<br>Attn: Scott J. Goldstein<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street, NE<br>Washington, DC 20549 |
| Baker & McKenzie LLP<br>Attn: Debra A. Dandeneau<br>Jacob M. Kaplan<br>452 Fifth Avenue<br>New York, NY 10018 | TX Comptroller of Public Accounts<br>Attn: John Mark Stern, AAG<br>Bankruptcy & Collections Div. MC008<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

| | |
|---|---|
| Gellert Scali Busenkell & Brown LLC<br>Attn: Ronald S. Gellert<br>1201 N. Orange Street, 3rd Floor<br>Wilmington, DE  19801 | Saul Ewing Arnstein & Lehr LLP<br>Attn: Mark Minuti<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE  19801 |
| Mark T. Hurford<br>Campbell & Levine LLC<br>222 Delaware Avenue, Suite 1620<br>Wilmington, DE  19801 | **U.S MAIL**<br>David E. Berliner<br>BDO USA LLP<br>100 Park Avenue<br>New York, NY  10017 |
| Brian K. Osbourne, President<br>Rust Consulting/Omni Bankruptcy<br>5955 DeSoto Avenue, Suite #100<br>Woodland Hills, CA  91367 | Samuel Star<br>FTI Consulting, Inc.<br>Three Times Square<br>New York, NY  10036 |
| Julie D. Pearce<br>Gaines Gault Hendrix PC<br>3500 Blue Lake Drive<br>Suite 425<br>Birmingham, AL  35243 | |

{01460810;v1 }